1 Marsha E. Mullin (SBN 93709)
ALSTON & BIRD, LLP
2 333 S. Hope Street
Sixteenth Floor
3 Los Angeles, California 90071
Telephone: (213) 576-1000
4 Facsimile: (213) 576-1100
Email: marsha.mullin@alston.com
5
6 Attorneys for Plaintiff,
NOKIA CORPORATION

FILED
11 MAY -4 PM 3: 54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: CV11 03860 CAS (FFMx)<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Gregory M. Sleet<br><br>**PLAINTIFF NOKIA CORPORATION'S NOTICE OF MOTION TO COMPEL THIRD PARTY BROADCOM CORPORATION'S PRODUCTION OF DOCUMENTS** |
| APPLE INC.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>    Counterclaim-Defendants. | Discovery Cutoff: July 15, 2011<br>Pretrial Conference: May 1, 2012<br>Trial: May 21, 2012<br><br>Date: June 7, 2011<br>Time: 10:00 a.m.<br>Place: Spring St. E<br><br>Judge Mumm |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on June 6, 2011, at 10:00 a.m., or as soon
3  thereafter as this matter may be heard in the above entitled Court, located at 312 North
4  Spring Street, Los Angeles, California, plaintiff Nokia Corporation ("Nokia") will and
5  hereby does move the Court under Federal Rule of Civil Procedure 37 to compel the
6  production of documents from third-party Broadcom Corporation ("Broadcom").  This
7  motion is made on the grounds that Broadcom's conduct in the present action has so
8  far mirrored the delay tactics it used against Nokia in two related proceedings Nokia
9  brought against Apple Inc. -- an ITC Investigation and another District Court action.
10 Nokia therefore brings this motion to compel Broadcom to produce by a date certain
11 (*i.e.*, June 10, 2011) documents responsive to the document requests set forth in the
12 subpoena for deposition testimony and document production served on Broadcom on
13 March 22, 2011.
14 This Motion is made following the conference of counsel pursuant to
15 L.R. 37-1 which took place on April 13, 2011.  During that meeting, counsel for
16 Nokia and counsel for Broadcom conferred but have been unable to reach agreement
17 regarding the issues set forth herein.
18 This Motion is based on this Notice of Motion, the Joint Stipulation of
19 the Parties, the attached Declarations of Coby S. Nixon, Ross R. Barton and Stephen
20 G. McNiff and all exhibits thereto, and all pleadings and papers filed and upon such
21 other matters as may be presented to or considered by the Court.

DATED:  May 4, 2011

Respectfully Submitted,
MARSHA E. MULLIN
**ALSTON + BIRD LLP**

_____
Marsha E. Mullin
Attorneys for Plaintiff
NOKIA CORPORATION

1